■ In the Matter of GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant, v STEPHANIE VASTOLA et al., Respondents. [918 NYS2d 365]—

Contrary to the petitioner's contention, the time within which American Transit Insurance Company provided its insured with written notice disclaiming coverage was not unreasonable as a matter of law (*see First Fin. Ins. Co. v Jetco Contr. Corp.*, 1 NY3d 64, 68-70 [2003]; *Those Certain Underwriters at Lloyds, London v Gray*, 49 AD3d 1, 4 [2007]; *Schoenig v North Sea Ins. Co.*, 28 AD3d 462 [2006]).

The petitioner's remaining contentions are either not properly before this Court or without merit. Mastro, J.P., Skelos, Leventhal and Roman, JJ., concur.